AB:AXB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **C O M P L A I N T** |
| - against - | 19-M-1031 |
| CARLO ORIC and<br>CHRISTIAN BALMACEDA, | (21 U.S.C. § 846) |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

JOSEPH SCHLEE, being duly sworn, deposes and states that he is a Special Agent with the Drug Enforcement Administration, duly appointed according to law and acting as such.

On or about November 4, 2019, within the Eastern District of New York and elsewhere, the defendants CARLO ORIC and CHRISTIAN BALMACEDA, together with others, did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, to wit: marijuana, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Section 846)

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been involved in the investigation of numerous cases involving narcotics trafficking. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the relevant criminal history records; and from reports of other law enforcement officers involved in the investigation.

2. On or about November 4, 2019, New York-based agents with the DEA received information that a commercial courier service called JSL Transport, LLC ("JSL Transport") was scheduled to deliver four pallets believed to contain marijuana to a Stop & Stor facility located in Queens, New York.

3. Law enforcement officers surveilled a JSL Transport truck arrive at a shopping center adjacent to the Stop & Stor, where a blue Chevrolet Tahoe SUV driven by the defendant CHRISTIAN BALMACEDA pulled alongside the truck; BALMACEDA waved for the driver to follow. The truck followed BALMACEDA to the Stop & Stor, where it was backed into a loading dock.

4. From there, the defendant CARLO OLIC exited a black Chevrolet Suburban, which was also parked in the vicinity of the Stop & Stor. Law enforcement officers surveilled OLIC exit the Suburban, approach the JSL Transport truck and hand the driver papers, which were later determined to be money orders totaling $1,098. OLIC and BALMACEDA then began unloading the pallets into the Stop & Stor facility.

5. A plainclothes law enforcement agent approached BALMACEDA and asked, in substance and in part, "what's in the package?" BALMACEDA responded, in substance and in part, "must be weed." OLIC and BALMACEDA were placed under arrest.

3

6. Subsequently, a certified narcotics detection canine inspected the exterior of the pallets and indicated a positive alert for the presence of controlled substances.

7. On November 4, 2019, United States Magistrate Judge Cheryl L. Pollak issued a warrant authorizing DEA agents to search the pallets for evidence, fruits and instrumentalities of drug trafficking offenses. See 19-MJ-1030 (CLP). That search revealed 1,560 pounds of THC (Tetrahydrocannabinol) and 250 pounds of marijuana.

WHEREFORE, your deponent respectfully requests that the defendants CARLO ORIC and CHRISTIAN BALMACEDA be dealt with according to law.

_____
JOSEPH SCHLEE
Special Agent, Drug Enforcement Administration

Sworn to before me this
5th day of November, 2019

_s/ Orenstein_____
THE HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK